# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JAMES HAMMONDS, | : | No. 32 WM 2016 |
| Petitioner | : | |
| v. | : | |
| KARA N. TEMPLETON, DIRECTOR BUREAU OF DRIVER LICENSING, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of April, 2016, the Application for Extraordinary Relief is **DENIED**.